| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Gillmor, Helen | 2. Court or Organization<br><br>U. S. Disrict Court | 3. Date of Report<br><br>4/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active U. S. District Judge | 5. ReportType (check appropriate type)<br><br>( ) Nomination.    Date<br><br>( ) Initial    (●) Annual    ( ) Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>300 Ala Moana Blvd.<br><br>Room C-435<br><br>Honolulu, HI 96850-0435 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is. in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hawaii Womens Legal Foundation |
| 2. Director | Friends of the Judiciary History Center |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY -6 P 12: 30 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | earned income |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law School | March 6-9 - La Jolla, CA, Law & Economics Center seminar (travel, lodging, food & tuition) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. IRA #1 | C | Dividend | N | T | | | | | |
| 2. - Schwab Money Mkt Fund, Honolulu, Hawaii | | | | | | | | | |
| 3. - Alcoa Inc nka Alcan Inc Com | | | | | sell | 09-09 | K | E | |
| 4. - Cisco Systems Inc Com | | | | | | | | | |
| 5. - Eastman Kodak Co Com | | | | | sell | 10-13 | J | | |
| 6. - GE Com | | | | | | | | | |
| 7. - Intel Corp Com | | | | | | | | | |
| 8. - Microsoft Com | | | | | | | | | |
| 9. - Baron Asset Fund | | | | | | | | | |
| 10. - Gabelli Asset Fund | | | | | | | | | |
| 11. - Invesco Euro Fund | | | | | sell | 10-06 | K | D | |
| 12. - Janus Mercury Fund | | | | | | | | | |
| 13. - Mgrs Cap App Fund | | | | | | | | | |
| 14. - Schwab Int'l. Mkt. | | | | | | | | | |
| 15. - Schwab Small Cap Index Fd.. | | | | | sell | 10-06 | K | C | |
| 16. - Schwab Value Adv Money Fd | | | | | | | | | |
| 17. Schwab 1, Honolulu, HI | A | Interest | M | T | | | | | |
| 18. IRA #2 | B | Dividend | M | T | | | | | |

1. Income Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. - Schwab Money Mkt Fund, Honolulu, HI | | | | | | | | | |
| 20. - AIM Euro Growth Fund | | | | | sell | 09-11 | K | C | |
| 21. - APT Invt. & Mgmt. | | | | | buy | 05-29 | J | | |
| 22. - Brandywine Realty Tr. New | | | | | buy | 05-29 | J | | |
| 23. - Broadcom Corp Com | | | | | sell | 05-16 | K | D | |
| 24. - Host Marriott Corp Com | | | | | buy | 10-06 | K | | |
| 25. | | | | | buy | 10-16 | J | | |
| 26. | | | | | buy | 11-11 | J | | |
| 27. - HRPT Properties Trust | | | | | buy | 12-29 | J | | |
| 28. | | | | | buy | 12-31 | J | | |
| 29. - JDS Uniphase Corp Com | | | | | | | | | |
| 30. - Univsl Health Rlty Inc Com | | | | | buy | 06-23 | J | | |
| 31. | | | | | buy | 09-18 | J | | |
| 32. - Cendant Corp Com | | | | | sell | 06-05 | J | B | |
| 33. - Oracle Corp Com | | | | | sell | 12-03 | J | | |
| 34. - Rite Aid Corp Com | | | | | partial sale | 05-06 | J | B | |
| 35. - Salton Inc Com | | | | | buy | 06-09 | J | | |
| 36. | | | | | partial sale | 09-18 | J | B | |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000     G  = $100,001-$1,000,000   H1  = $1,000,001-$5,000,000   H2  = More than $5,000,000
2. Value Codes:              J  = $15,000 or less      K  = $15,001-$50,000       L  = $50,001-$100,000        M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000   P1  = $1,000,001-$5,000,000   P2  = $5,000,001-$25,000,000
                             P3  = $25,000,001-$50,000,000                        P4  = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal            R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market.
   (See Column C2)            U  = Book Value           V  = Other                  W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS  -- income. value, transcations (includes those of the spouse and dependent children.  See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. | | | | | sell | 11-06 | J | C | |
| 38.    IRA #3 | | None | J | T | | | | | |
| 39.    - Schwab Money Mkt Fund, Honolulu, HI | | | | | | | | | |
| 40.    - Epiphany Inc Com | | | | | | | | | |
| 41.    - Nortel Networks Com | | | | | | | | | |
| 42.    Charles Schwab Corp | A | Dividend | K | T | | | | | |
| 43.    Cisco Systems Com | | None | J | T | partial sale | 09-16 | J | | |
| 44. | | | | | partial sale | 12-01 | J | | |
| 45.    DQE nka Duquesne Light Hldgs Inc. Com | A | Dividend | J | T | | | | | name change |
| 46.    JDS Uniphase Corp Com | | None | J | T | | | | | |
| 47.    Nokia Corp Com | A | Dividend | K | T | | | | | |
| 48.    Charles Schwab Corp. | A | Dividend | K | T | buy | 03-14 | J | | |
| 49.    PCCW Ltd | | | | | | | | | not reportable |
| 50.    Rite Aid Corp Com | | None | K | T | partial sale | 11-07 | J | C | |
| 51.    SBC Communications Inc Com | A | Dividend | J | T | | | | | |
| 52.    Schwab Money Mkt Fund, Honolulu, HI | A | Interest | K | T | | | | | |
| 53.    Washington Mutual Inc Com | A | Dividend | J | T | buy | 10-03 | J | | |
| 54.    Trust #1 | D | Dividend | O | T | | | | | |

| 1  Income/Gain Codes: | A  - $1,000 or less | B  = $1,001-$2,500 | C  - $2,501-$5,000 | D  - $5,001-$15,000 | E  - $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  - $50,001-$100,000 | G  - $100,001-$1,000,000 | H1  - $1,000,001-$5,000,000 | H2  - More than $5,000,000 | |
| 2. Value Codes: | J  - $15,000 or less | K  - $15,001-$50,000 | L  - $50,001-$100,000 | M  - $100,001-$250,000 | |
| (See Columns C1 and D3) | N  $250,000-$500,000 | O  - $500,001-$1,000,000 | P1  - $1,000,001-$5,000,000 | P2  - $5,000,001-$25,000,000 | |
| | P3  - $25,000,001-$50,000,000 | | P4  - $More than $50,000,000 | | |
| 3. Value Method Codes | Q  - Appraised | R  - Cost (Real Estate Only) | S  - Assessment | T  - Cash/Market | |
| (See Column C2) | U  - Book Value | V  - Other | W  - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55.  - Abbott Labs Com | | | | | partial sale | 03-21 | J | C | |
| 56. | | | | | part trans* | 10-02 | J | | *to acct below (see line #135) |
| 57.  - Agilent Technologies Inc Com | | | | | sell | 03-21 | J | A | |
| 58.  - Alcoa Inc. nka Alcon Inc Com | | | | | buy | 03-21 | J | | |
| 59. | | | | | partial sale | 03-21 | J | | |
| 60.  - Altera Corp Com | | | | | | | | | |
| 61.  - Am Intl Group Inc Com | | | | | partial sale | 03-21 | J | B | |
| 62. | | | | | part trans* | 10-02 | J | | *to acct below (see line #137) |
| 63.  - Amgen Inc Com | | | | | | | | | |
| 64.  - Anadarko Pete Corp Com | | | | | | | | | |
| 65. -Applied Matls Inc Com | | | | | | | | | |
| 66.  - Bank of America Corp Com | | | | | | | | | |
| 67.  - CVS Corp Com | | | | | partial sale | 03-21 | J | | |
| 68.  - Centurytel Inc Com | | | | | | | | | |
| 69.  - Comcast Corp Com | | | | | | | | | |
| 70.  - Compass Bancshares Inc Com | | | | | | | | | |
| 71.  - Cooper Ind Inc Com | | | | | | | | | |
| 72.  - Dupont E I De Nemours & Co Com | | | | | | | | | |

1. Income/Gain Codes:   A  $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E  $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1  $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3  $25,000,001-$50,000,000   P4  $More than $50,000,000
3. Value Method Codes   Q  Appraisal   R  Cost (Real Estate Only)   S  Assessment   T  Cash/Market
(See Column C2)   U  Book Value   V  Other   W  Estimated

## VII. INVESTMENTS and TRUSTS  -- income. value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Emerson Elec Co Com | | | | | | | | | |
| 74. - Exxon Mobil Corp Com | | | | | partial sale | 03-21 | J | B | |
| 75. | | | | | part trans* | 10-02 | J | | *to acct below (see line #157) |
| 76. - Fannie Mae Com | | | | | | | | | |
| 77. - First Data Corp Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #158) |
| 78. - Forest Labs Inc Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #159) |
| 79. - Gannett Inc Com | | | | | partial sale | 03-21 | J | C | |
| 80. | | | | | part trans* | 10-02 | J | | *to acct below (see line #161) |
| 81. - GE Com | | | | | partial sale | 03-21 | J | D | |
| 82. | | | | | part trans* | 10-02 | J | | *to acct below (see line #164) |
| 83. - Gen Mls Inc Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #165) |
| 84. - Guidant Corp Com | | | | | | | | | |
| 85. - Hewlett Packard Co Com | | | | | partial sale | 03-21 | J | A | |
| 86. - Honeywell Intl Inc Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #170) |
| 87. - IBM Com | | | | | | | | | |
| 88. - Intel Corp Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #173) |
| 89. - Jefferson Pilot Corp Com | | | | | | | | | |
| 90. - JP Morgan Chase & Co Com | | | | | | | | | |

1. Income Gain Codes:       A  $1,000 or less        B  $1,001-$2,500         C  $2,501-$5,000        D  $5,001-$15,000        E  $15,001-$50,000
   (See Columns B1 and D4)   F  $50,001-$100,000     G  $100,001-$1,000,000   H1  $1,000,001-$5,000,000   H2  More than $5,000,000
2. Value Codes:             J  $15,000 or less       K  $15,001-$50,000       L  $50,001-$100,000       M  $100,001-$250,000
   (See Columns C1 and D3)   N  $250,000-$500,000     O  $500,001-$1,000,000   P1  $1,000,001-$5,000,000   P2  $5,000,001-$25,000,000
                             P3  $25,000,001-$50,000,000                       P4  More than $50,000,000
3. Value Method Codes       Q  Appraisal             R  Cost (Real Estate Only)   S  Assessment           T  Cash/Market
   (See Column C2)           U  Book Value            V  Other                  W  Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS — income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - LAM Resh Corp Com | | | | | sell | 03-21 | J | | |
| 92. - Lehman Bros Hldgs Inc Com | | | | | | | | | |
| 93. - Lincoln Natl Corp Ind Com | | | | | sell | 03-21 | J | | |
| 94. - Lowes Cos Inc Com | | | | | | | | | |
| 95. - Medco Health Solutions Inc Com | | | | | spinoff* | 08-20 | J | | *from Merck & Co. |
| 96. | | | | | sell | 11-24 | J | B | |
| 97. - Mellon Financial Corp Com | | | | | sell | 03-21 | J | | |
| 98. - Merck & Co Inc Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #183) |
| 99. - 3M Co Com | | | | | part trans* | 10-06 | J | | *to acct below (see line #207) |
| 100. | | | | | part trans* | 10-09 | J | | *to acct below (see line #208) |
| 101. - Oracle Corp Com | | | | | | | | | |
| 102. - Pepsico Inc Com | | | | | partial sale | 03-21 | J | B | |
| 103. | | | | | part trans* | 10-02 | J | | *to acct below (see line #188) |
| 104. - Pfizer Inc Com | | | | | | | | | |
| 105. - Phillip Morris Co Inc nka Altria Group Inc Com | | | | | sell | 03-21 | J | | name change |
| 106. - Praxair Inc Com | | | | | | | | | |
| 107. - Proctor & Gamble Co Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #193) |
| 108. - SBC Communications Inc Com | | | | | | | | | |

1. Income/Gain Codes:   A - $1,000 or less   B - $1,001-$2,500   C - $2,501-$5,000   D - $5,001-$15,000   E - $15,001-$50,000
  (See Columns B1 and D4)   F - $50,001-$100,000   G - $100,001-$1,000,000   H1 - $1,000,001-$5,000,000   H2 - More than $5,000,000
2. Value Codes:   J - $15,000 or less   K - $15,001-$50,000   L - $50,001-$100,000   M - $100,001-$250,000
  (See Columns C1 and D3)   N - $250,000-$500,000   O - $500,001-$1,000,000   P1 - $1,000,001-$5,000,000   P2 - $5,000,001-$25,000,000
   P3 - $25,000,001-$50,000,000   P4 - More than $50,000,000
3. Value Method Codes   Q - Appraisal   R - Cost (Real Estate Only)   S - Assessment   T - Cash/Market
  (See Column C2)   U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Siebel Systems Inc Com | | | | | | | | | |
| 110. - Southern Co Com | | | | | buy | 03-21 | J | | |
| 111. - St Paul Cos Inc Com | | | | | | | | | |
| 112. - Target Corp Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #196) |
| 113. - Tyco Intl Ltd Com | | | | | sell | 03-21 | J | | |
| 114. - Veritas Software Co Com | | | | | sell | 03-21 | J | | |
| 115. - Verizon Communications Com | | | | | partial sale | 03-21 | J | C | |
| 116. | | | | | part trans* | 10-02 | J | | *to acct below (see line #203) |
| 117. - Walgreen Co Com | | | | | part trans* | 10-02 | J | | *to acct below (see line #204) |
| 118. - Wells Fargo Co Com | | | | | | | | | |
| 119. - Amer Exp Co Pfd | | | | | redemption | 07-16 | J | A | |
| 120. - Bankamerica Cap IV Pfd | | | | | redemption | 05-30 | J | | |
| 121. - Gen Motors Corp Pfd | | | | | | | | | |
| 122. - Southwestern Bell Tel Co Pfd | | | | | redemption | 06-15 | J | | |
| 123. - Key Trust Small Cap Fd | | | | | buy | 03-21 | J | | |
| 124. - Key Trust Me Tax-Exempt Bond | | | | | buy | 03-21 | K | | |
| 125. - Key Trust Money Mkt Fund | | | | | | | | | |
| 126. Hawaii Empl FCU, Honolulu, HI | | | | | | | | | not reportable |

1. Income/Gain Codes:    A   $1,000 or less    B - $1,001-$2,500    C - $2,501-$5,000    D = $5,001-$15,000    E - $15,001-$50,000
(See Columns B1 and D4)    F - $50,001-$100,000    G - $100,001-$1,000,000    H1 - $1,000,001-$5,000,000    H2 - More than $5,000,000
2. Value Codes:    J = $15,000 or less    K - $15,001-$50,000    L - $50,001-$100,000    M - $100,001-$250,000
(See Columns C1 and D3)    N - $250,000-$500,000    O - $500,001-$1,000,000    P1 - $1,000,001-$5,000,000    P2 - $5,000,001-$25,000,000
P3 - $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q - Appraisal    R -- Cost (Real Estate Only)    S - Assessment    T - Cash/Market
(See Column C2)    U - Book Value    V - Other    W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Penobscot Trading, Honolulu, HI Com | | None | J | U | | | | | |
| 128. NW Mutual Annuity | A | Dividend | L | U | | | | | |
| 129. New York Life Ins | B | Dividend | L | U | | | | | |
| 130. New York Life Ins | B | Dividend | K | U | | | | | |
| 131. Mony Life Ins | A | Interest | J | U | | | | | |
| 132. Washington Nat Life Ins | A | Dividend | J | U | | | | | |
| 133. Molokai Inv Assoc L P 3% interest | | None | J | W | | | | | |
| 134. Gillmor Loan | | None | L | T | | | | | |
| 135. Abbott Labs Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #56) |
| 136. Alcoa Inc nka Alcan Inc | A | Dividend | J | T | buy | 03-21 | J | | |
| 137. Amer Intl Group Inc Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #62) |
| 138. Amgen Inc Com | | None | J | T | | | | | |
| 139. Apache Corp Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 140. Applied Materials Inc Com | | None | J | T | | | | | |
| 141. BP PLC Spons ADR | A | Dividend | | | buy | 05-23 | J | | |
| 142. | | | | | sell | 05-23 | J | | |
| 143. Barr Laboratories Inc Com | | None | J | T | buy | 03-26 | J | | |
| 144. | | | | | buy | 05-23 | J | | |

1. Income/Gain Codes:   A - $1,000 or less   B - $1,001-$2,500   C - $2,501-$5,000   D - $5,001-$15,000   E - $15,001-$50,000
(See Columns B1 and D4)   F - $50,001-$100,000   G - $100,001-$1,000,000   H1 - $1,000,001-$5,000,000   H2 - More than $5,000,000
2. Value Codes:   J - $15,000 or less   K - $15,001-$50,000   L - $50,001-$100,000   M - $100,001-$250,000
(See Columns C1 and D3)   N - $250,000-$500,000   O - $500,001-$1,000,000   P1 - $1,000,001-$5,000,000   P2 - $5,000,001-$25,000,000
  P3 - $25,000,001-$50,000,000   P4 - $More than $50,000,000
3. Value Method Codes   Q - Appraisal   R - Cost (Real Estate Only)   S - Assessment   T - Cash/Market
(See Column C2)   U - Book Value   V - Other   W - Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Biomet Inc Com | A | Dividend | J | T | | | | | |
| 146. Black & Decker Corp Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 147. CVS Corp Com | A | Dividend | J | T | | | | | |
| 148. Camden Natl Corp Com | D | Dividend | N | T | partial sale | 03-21 | K | E | |
| 149. | | | | | partial sale | 05-27 | L | E | |
| 150. Centex Corp Com | A | Dividend | J | T | | | | | |
| 151. Centurytel Inc Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 152. Chiron Corp Com | | None | J | T | buy | 05-23 | J | | |
| 153. Ebay Inc Com | | None | J | T | buy | 03-21 | J | | |
| 154. Exelon Corp Com | A | Dividend | J | T | buy | 03-21 | J | | |
| 155. | | | | | buy | 05-23 | J | | |
| 156. Exxon Mobil Corp Com | A | Dividend | K | T | partial sale | 03-21 | J | | |
| 157. | | | | | transfer | 10-02 | J | - | from Trust #1 (see line #75) |
| 158. First Data Corp Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #77) |
| 159. Forest Labs Inc Com | | None | J | T | transfer | 10-02 | J | | from Trust #1 (see line #78) |
| 160. FPL Group Inc Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 161. Gannett Inc Com | A | Dividend | K | T | transfer | 10-02 | J | | from Trust #1 (see line #80) |
| 162. Gen Elec Co Com | A | Dividend | J | T | partial sale | 03-21 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. | | | | | partial sale | 05-23 | J | | |
| 164. | | | | | transfer | 10-02 | J | | from Trust #1 (see line #82) |
| 165. General Mls Inc Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #83) |
| 166. Grainger WW Inc Com | A | Dividend | J | T | buy | 03-26 | J | | |
| 167. Guidant Corp Com | A | Dividend | J | T | | | | | |
| 168. HCA Inc Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 169. Health Mgmt Assoc Inc Com | A | Dividend | | | sell | 03-21 | J | | |
| 170. Honeywell Intl Inc Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #86) |
| 171. Intel Corp Com | A | Dividend | J | T | partial sale | 03-21 | J | | |
| 172. | | | | | partial sale | 05-23 | J | | |
| 173. | | | | | transfer | 10-02 | J | | from Trust #1 (see line #88) |
| 174. IBM Com | A | Dividend | K | T | | | | | |
| 175. Keycorp New Com | A | Dividend | J | T | | | | | |
| 176. KLA-Tencorp Corp Com | | None | J | T | buy | 05-23 | J | | |
| 177. Lehman Bros Hldgs Inc Com | A | Dividend | J | T | | | | | |
| 178. Lowes Cos Inc Com | A | Dividend | J | T | | | | | |
| 179. Masco Corp Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 180. Medco Health Solutions Inc Com | | None | | | spinoff | 08-20 | J | | from Merck |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   F = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 181. | | | | | sell | 11-24 | J | A | |
| 182. Merck & Co Inc Com | A | Dividend | K | T | partial sale | 05-23 | J | | |
| 183. | | | | | transfer | 10-02 | J | | from Trust #1 (see line #98) |
| 184. Microsoft Corp Com | A | Dividend | J | T | partial sale | 03-21 | J | | |
| 185. | | | | | partial sale | 05-23 | J | | |
| 186. Millipore Corp Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 187. Oracle Corp Com | | None | J | T | buy | 05-23 | J | | |
| 188. Pepsico Inc Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #103) |
| 189. Pfizer Inc Com | A | Dividend | J | T | partial sale | 03-21 | J | | |
| 190. Philip Morris Cos Inc nka Altria Group Inc Com | A | Dividend | | | sell | 03-26 | J | | name change |
| 191. Pitney Bowes Inc Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 192. Praxair Inc Com | A | Dividend | J | T | | | | | |
| 193. Proctor & Gamble Co Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #107) |
| 194. RPM Intl Inc Com | A | Dividend | J | T | buy | 03-21 | J | | |
| 195. Southern Co Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 196. Target Corp Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line 112) |
| 197. Textron Inc Com | A | Dividend | J | T | | | | | |
| 198. TJX Cos Inc Com | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A   $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)   F   $50,001-$100,000    G   $100,001-$1,000,000    H1 - $1,000,001-$5,000,000    H2 - More than $5,000,000
2. Value Codes:    J   $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)   N - $250,000-$500,000    O - $500,001-$1,000,000    P1 $1,000,001-$5,000,000    P2 - $5,000,001-$25,000,000
P3   $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes    Q   Appraisal    R -- Cost (Real Estate Only)    S   Assessment    T - Cash/Market
(See Column C2)    U   Book Value    V   Other    W   Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 4/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. Tyco Intl Ltd Com | A | Dividend | | | sell | 03-21 | J | | |
| 200. United Health Group Inc Com | A | Dividend | J | T | buy | 03-21 | J | | |
| 201. Veritas Software Co Com | | None | J | T | buy | 05-23 | J | | |
| 202. Verizon Comm Com | A | Dividend | J | T | buy | 05-23 | J | | |
| 203. | | | | | transfer | 10-02 | J | | from Trust #1 (see line #116) |
| 204. Walgreen Co Com | A | Dividend | J | T | transfer | 10-02 | J | | from Trust #1 (see line #117) |
| 205. Wells Fargo Co Com | A | Dividend | J | T | | | | | |
| 206. Wendys Intl Inc Com | A | Dividend | J | T | buy | 03-21 | J | | |
| 207. 3M Co Com | A | Dividend | K | T | transfer | 10-06 | J | | from Trust #1 (see line #99) |
| 208. | | | | | transfer | 10-09 | J | | from Trust #1 (see line #100) |
| 209. Victory Spec Value Fd | A | Dividend | K | T | buy | 05-23 | K | | |
| 210. Victory Tax Free Money Mkt Fd | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____   Date____ 4 - 14 - 04 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544